

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**CHRISTOPHER ARKO**
Labor and Employment Law Division
100 Church Street, 2-122
New York, New York 10007
(212) 356-5044
carko@law.nyc.gov

August 21, 2024

**VIA SDNY ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

    Re: <u>Michael Zablauskas v. The Department of Education of the City of New York</u>, Case No: 1:24-cv-05633-MKV

Your Honor:

  I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for the Defendant in the above-referenced matter. I am a supervisor for Katherine Dunayevich, who has been assigned to this matter but is not yet admitted to the bar. I am accordingly filing this letter on her behalf.

  I write to respectfully request an extension *nunc pro tunc* from August 1, 2024 to September 13, 2024, to answer or otherwise respond to the Complaint. This is defendant's first request for an extension of time to respond to the complaint. This case was removed from New York County Supreme Court, Index No. 155824/2024, where both parties stipulated to 60-day extension, from July 1, 2024 to September 13, 2024, for Defendant to respond to the Complaint. See Stipulation of Adjournment dated July 16, 2024, annexed hereto as Exhibit A. Plaintiff consents to the requested extension, which is consistent with the stipulation filed in Supreme Court. The requested extension will not affect any other deadlines in this matter.

  By way of background, Plaintiff has commenced this action alleging a claim pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e et seq. Plaintiff alleges he was terminated from his employment due to his race. Plaintiff was a Special Education teacher and claims that was the only white male teacher at "his work site," a predominantly Black and Hispanic school, and alleges that he was targeted and treated differently on account of his Caucasian race. While the date of Plaintiff's allegedly discriminatory termination was not indicated in the complaint, DOE records indicate that Plaintiff's service at the school was terminated as of September 1, 2019, and thus the allegations in the Complaint all pre-date 2020. Plaintiff filed

a complaint with the New York State Division of Human Rights ("SDHR") which found, following a hearing, that Plaintiff failed to meet his burden of proof showing Defendant unlawfully discriminated against him and the case was dismissed on February 9, 2023. Plaintiff also filed a claim with the United States Equal Employment Opportunity Commissioner ("EEOC") and was issued a Right to Sue Letter on March, 27, 2024, annexed to Plaintiff's Complaint as Exhibit A.

Defendants respectfully request an extension to respond to the Complaint as additional time is needed to investigate the facts underlying plaintiff's allegations, obtain and review documents, and formulate an appropriate response to the Complaint. Defendants are currently awaiting documents from SDHR and EEOC, including the EEOC charge of discrimination, which will be crucial in determining whether Plaintiff's claim is timely. I therefore respectfully request an extension of time to finalize gathering and reviewing documents and respond to the complaint.

I thank the Court for its consideration herein.

Respectfully submitted,

/s/ *Christopher G. Arko*
Christopher Arko
Assistant Corporation Counsel

*Katherine A. Dunayevich*
Katherine A. Dunayevich
Assistant Corporation Counsel (not yet admitted)

cc: All Counsel of Record via SDNY ECF.