# Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------------ x

MICHAEL ZABLAUSKAS,

                                      Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION
OF THE CITY OF NEW YORK ,

                                      Defendant.

**STIPULATION OF ADJOURNMENT**

INDEX NO.: 155824/2024

------------------------------------------------------------------------ x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties herein, that the date by which Defendants must respond to the Complaint be adjourned from July 17, 2024 to September 13, 2024.

I thank the Court for consideration of this request.

Dated:    New York, New York
            July 16, 2024

| **Stewart Lee Karlin, Esq.** | MURIEL GOODE-TRUFANT |
|---|---|
| STEWART LEE KARLIN LAW GROUP, PC | Acting Corporation Counsel of the City of New York |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| 111 John Street, 22nd Floor, | 100 Church Street, 2nd Floor |
| (212) 792-9670 | New York, New York 10007 |
| slk@stewartkarlin.com | (212) 356-1955 |
| By: /s/ | By: /s/ |
| Stewart Lee Karlin, Esq. | Bryan C. Olert, Esq. |
| | Assistant Corporation Counsel |
| | Katherine A. Dunayevich |
| | Assistant Corporation Counsel (not yet admitted) |

-2-