**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MICHAEL ZABLAUSKAS,

                Plaintiff,

-against-   24 **CIVIL** 5633 (MKV)

**JUDGMENT**

THE DEPARTMENT OF EDUCATION OF THE
CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 16, 2025, Defendant's motion to dismiss is GRANTED and Plaintiff's Title VII claim is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

    September 16, 2025

                                                  **TAMMI M. HELLWIG**

                                                      **Clerk of Court**

                 **BY:**

                                                      **Deputy Clerk**